United States Court of Appeals
Fifth Circuit

**F I L E D**

**November 8, 2004**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 04-20286

_____

HORIZON OFFSHORE CONTRACTORS, INC.,

Plaintiff-Appellant,

versus

STOLT OFFSHORE, S.A.,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-03-CV-2086

_____

Before REAVLEY, WIENER and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

The judgment of the district court is affirmed for the reasons given by that court in its memorandum and opinion of February 18, 2004.  See also <u>Freudensprung v. Offshore Technical Services, Inc.</u>, 379 F.3d 327, 346 (5th Cir. 2004).

AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.